MAGISTRATE JUDGE STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 06-5035M |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING STIPULATED |
| ) | MOTION TO EXTEND INDICTMENT |
| ) | DEADLINE |
| JARRAY ANTWON BROWN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon the stipulation of the parties to extend the indictment deadline and the waiver of right to speedy indictment executed by the defendant, the Court finds that such an extension would serve the ends of justice and outweighs the interests of the public and the defendant in a speedy indictment; now, therefore,

//
//
//
//
//
//
//
//
//
//

ORDER TO EXTEND INDICTMENT DEADLINE— 1
JARRAY ANTWON BROWN - 06-5035M

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   IT IS HEREBY ORDERED that the indictment deadline be extended to July 11,
2   2006. The period of delay resulting from this extension is hereby excluded for speedy
3   trial purposes under 18 U.S.C. § 3161(h).
4   DATED this 8th day of May, 2006.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Mark W. Muenster
MARK W. MUENSTER
Attorney for Defendant
Washington State Bar No. 11228
1010 Esther Street
Vancouver, WA  98660
Phone: 360-694-5085
Fax: 360-694-2741
E-mail: markmuen@ix.netcom.com


s/ J. Tate London
J. TATE LONDON
Assistant United States Attorney
Washington Bar No. 18097
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4064
Fax: 206-553-0755
E-mail: Tate.London@usdoj.gov

ORDER TO EXTEND INDICTMENT DEADLINE— 2
JARRAY ANTWON BROWN - 06-5035M

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

s/ Jacqueline Masonic
JACQUELINE MASONIC
Supervisory Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4644
FAX:   (206) 553-2502
E-mail: Jackie.Masonic@usdoj.gov

ORDER TO EXTEND INDICTMENT DEADLINE— 3
JARRAY ANTWON BROWN - 06-5035M

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970